UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 1: 19-cr-00128-RBJ-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTIAN ZAZUETA,

    Defendant.

___

**ORDER ON DEFENDANT'S SECOND MOTION FOR COMPASSIONATE RELEASE**
___

    On November 24, 2020 the Court denied defendant's motion for a compassionate release. ECF No. 114. Just over two months later defendant filed another motion for compassionate release. ECF No. 115. The government opposes the motion. *See* ECF No. 117. After again considering the applicable factors provided in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3582(c)(1)(A), and the applicable policy statements issued by the Sentencing Commission, the second motion is denied for the following reasons:

    1. Christian Zazueta is a 43-year old gentleman who was sentenced on January 14, 2020 to 36 months imprisonment and three years supervised release following his conviction of possession of methamphetamine with the intent to distribute. Together with his mother and co-defendant Ingrid Franco he transported approximately 19.5 pounds of methamphetamine from Minnesota to Colorado for that purpose. His Guideline numbers were offense level 27, criminal history category I, recommended range 70-87 months. He received a substantial variance to

approximately half of the low end of the Guideline range. His scheduled release date is September 30, 2022.

2. When he filed his first motion, he had served approximately 26% of his sentence. When he filed the pending motion, he had served approximately 31% of his sentence. At the present time he has served approximately 42% of his sentence.

3. His motion, like his first motion, emphasizes that he is severely obese. He also suffers from chronic asthma with a history of a collapsed lung related to his asthma diagnosis and to a vehicle accident. He had the same conditions when he first filed. He supplements his pending motion with a report from Dylan Hanami, MD, an Assistant Professor of Family Medicine at the University of California, Irvine School of Medicine, who has reviewed Mr. Zazueta's medical records. ECF No. 115-1. Dr. Hanami's report emphasizes that Mr. Zazueta is in a high risk category, that is, a high risk of serious complications if he contracts COVID-19. This impressive report, however, documents what the Court already knew and accepted.

4. The parties have not informed the Court as to whether Mr. Zazueta has by now been vaccinated against the virus. Nor have the parties updated the Court as to vaccinations generally at FCI-Sheridan or recent positive tests at the facility. Generally speaking, the implementation of protective measures by the BOP and the advent of vaccination in recent months have changed the degree of risk faced by inmates. I do not know how those factors apply here.

5. Meanwhile, Mr. Zazueta still has not served even half of what was already a substantially variant sentence. He has not provided sufficient current information to convince this Court that he has extraordinary and compelling reasons for release before serving a substantial portion of his sentence.

# ORDER

Defendant's second motion for compassionate release, ECF No. 115, is DENIED.

Dated June 1, 2021

BY THE COURT:

R. Brooke Jackson

United States District Judge